EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| REGINALD P. HERNANDEZ, Trustee of The Hernandez Trust,<br><br>Plaintiff,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-03198 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFF REGINALD P. HERNANDEZ, INDIVIDUALLY AND AS TRUSTEE OF THE HERNANDEZ TRUST** |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiff Reginald P. Hernandez, Individually and as Trustee of The Hernandez Trust, and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all

2066157.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Reginald P. Hernandez, Trustee of The Hernandez Trust - 1**

claims asserted by Plaintiff Reginald P. Hernandez, Individually and as Trustee of The Hernandez Trust, as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: ~~June~~ AUG-4 ___, 2005

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiff Reginald P. Hernandez,
Individually and as Trustee of The Hernandez Trust

HUSCH & EPPENBERGER, LLC

By: /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA  95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2066157.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Reginald P. Hernandez, Trustee of The Hernandez Trust  - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| REGINALD P. HERNANDEZ, Trustee of The Hernandez Trust, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-03198 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFF REGINALD P. HERNANDEZ, INDIVIDUALLY AND AS TRUSTEE OF THE HERNANDEZ TRUST** |

THIS MATTER coming on the motion of Plaintiff Reginald P. Hernandez, Individually and as Trustee of The Hernandez Trust, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

The claims of Plaintiff Reginald P. Hernandez, Individually and as Trustee of The Hernandez Trust, against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005    *Ronald M. Whyte*

2066157.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiff Reginald P. Hernandez, Trustee of The Hernandez Trust - 3**